```
                           FILED
                           October 2, 2014
                           CLERK, US DISTRICT COURT
                           EASTERN DISTRICT OF
                           CALIFORNIA
                           DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14MJ00227-AC-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GARY ECCEL, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __GARY ECCEL__ , Case No. __2:14MJ00227-AC-1__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    ✔    (Other)      __Pretrial conditions as stated on the calendar__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released". *Release delayed until 10/14/14 - 9:00 to Pretrial Officer*

Issued at __Sacramento, CA__ on __October 2, 2014__ at __2:00 pm__ .

                                                By   /s/ Allison Claire/s/ Allison Claire
                                                     Allison Claire
                                                     United States Magistrate Judge

Copy 2 - Court